# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

Cindy D Brown

      Plaintiff

v.                                            Civil Action No. 19-cv-11809-DPW

FMR LLC et al

      Defendant

## SETTLEMENT ORDER OF DISMISSAL

Woodlock, D.J.

     The Court having been advised by the ADR Provider that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within Thirty (30) days to reopen the action if settlement is not consummated.

By the Court,

  12/12/2019                    /S/ Christina McDonagh
     Date                           Christina McDonagh
                                   Docket Clerk